IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| FIRST FRANCHISE CAPITAL CORP., | ) |
| Plaintiff, | ) |
| v. | )   CIVIL ACTION NO. 09-800-KD-B |
| PRP, INC., et al, | ) |
| Defendants. | ) |

## ORDER

This action is before the Court on *sua sponte* review of its docket.  This action was filed against five defendants: PRP, Inc.; Jefferson G. Calhoun; PRP of Mississippi, Inc.; J & J of Alabama, Inc.; and Jonathan P. Parnell. Since that time, PRP, Inc. filed bankruptcy and this action is stayed as to PRP (doc. 23); Calhoun filed bankruptcy and this action is stayed as to Calhoun (doc. 52); PRP of Mississippi, Inc. was dismissed from this action (doc. 51); a default judgment was obtained against J & J of Alabama, Inc. (docs. 68, 69); and Parnell filed bankruptcy and this action is stayed as to Parnell (doc. 60).  Since the three remaining defendants - PRP, Calhoun, and Parnell - filed bankruptcy, this entire action remains stayed pursuant to 11 U.S.C. § 362.

Accordingly, plaintiff First Franchise Capital Corporation, is **ORDERED** to file, on or before **November 22, 2011,** a status report as to whether plaintiff's claims against the remaining three defendants have been resolved in bankruptcy, whether this action may be closed, or whether any of the remaining defendants may be dismissed from this action.

**DONE and ORDERED** this 31st day of October, 2011.

/s/ Kristi K. DuBose
**KRISTI K. DuBOSE**
**UNITED STATES DISTRICT JUDGE**