IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIRST FRANCHISE CAPITAL CORP.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 09-800-KD-B |
| **PRP, INC., et al,** | ) | |
| Defendants. | ) | |

**ORDER**

Previously this action was before the Court on the status report filed by Chapter 11 Trustee, Lonnie Mixon wherein the Trustee reported that this Chapter 11 bankruptcy action filed by PRP, Inc., had been converted to a proceeding under Chapter 7, with the Trustee to continue as the Chapter 7 Trustee. (doc. 83). The Chapter 7 Trustee was directed to file a status report with this Court on or before September 16, 2011.  No status report has been filed.

Accordingly, the Chapter 7 Trustee, is directed to file, on or before **November 22, 2011,** a status report as to this bankruptcy action.

**DONE and ORDERED** this 31st day of October, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE