IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **FIRST FRANCHISE CAPITAL CORP.,** ) | |
|    **Plaintiff,** ) | |
| **v.** ) | **CIVIL ACTION NO. 09-800-KD-B** |
| **PRP, INC., et al,** ) | |
|    **Defendants.** ) | |

## ORDER

Previously, this action was stayed due to the filing of a voluntary Chapter 11 bankruptcy action by defendant Jefferson G. Calhoun in the United States Bankruptcy Court for the Southern District of Alabama (doc. 52). Calhoun filed a status report informing the Court that he has filed a Plan of Reorganization and Disclosure Statement and that a hearing on confirmation of the Plan was set for June 14, 2011 (doc. 78). Calhoun was ordered to file, on or before October 21, 2011, a status report as to his bankruptcy action. No status report was filed.

Accordingly, defendant Calhoun is **ORDERED** to file, on or before **November 22, 2011,** a status report as to his bankruptcy action.

**DONE and ORDERED** this 31st day of October, 2011.

                                     **/s/ Kristi K. DuBose**
                                     **KRISTI K. DuBOSE**
                                     **UNITED STATES DISTRICT JUDGE**