IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| **FIRST FRANCHISE CAPITAL CORP.,** | ) | |
| Plaintiff, | ) | |
| v. | ) | CIVIL ACTION NO. 09-0800-KD-B |
| **PRP, INC., et al,** | ) | |
| Defendants. | ) | |

## ORDER

Previously, this action was stayed due to the filing of a voluntary Chapter 11 bankruptcy action by defendant Jonathan Parnell in the United States Bankruptcy Court for the Southern District of Alabama (docs. 59, 60).  Parnell filed a status report wherein he reported that his Chapter 11 case has been converted to a Chapter 7 and that an interim trustee has been appointed. Parnell was ordered to file, on or before October 21, 2011, a status report as to his bankruptcy action.  No status report has been filed.

Accordingly, defendant Jonathan Parnell is **ORDERED** to file, on or before **November 22, 2011,** a status report as to his bankruptcy action.

**DONE and ORDERED** this 31st day of October, 2011.

/s/ Kristi K. DuBose
KRISTI K. DuBOSE
UNITED STATES DISTRICT JUDGE